# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHAVERIAN AVERY**                                                                       **PLAINTIFF**
**ADC #500952**

v.                        **Case No. 5:19-cv-00104 KGB-PSH**

**DARREL ELKINS,** *et al.*                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 13). Plaintiff Chaverian Avery has not filed any objections, and the time to file objections has passed. For the reasons set forth in the Proposed Findings and Recommendation, Judge Harris recommends that Mr. Avery's complaint be dismissed without prejudice for failure to state a claim upon which relief may be granted (*Id.*). After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted as this Court's findings in all respects (Dkt. No. 13).

It is therefore ordered that:

1. The Court dismiss Mr. Avery's complaint and amended complaint without prejudice for failure to state a claim upon which relief may be granted (Dkt. Nos. 1, 12);

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g); and

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

It is so ordered this the 10th day of February, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge