IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHAVERIAN AVERY**     **PLAINTIFF**
**ADC #500952**

v.     **Case No. 5:19-cv-00104 KGB-PSH**

**DARREL ELKINS,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Chaverian Avery's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 10th day of February, 2020.

*[signature]*
Kristine G. Baker
United States District Judge